PER CURIAM.
Affirmed. See Booher v. Pepperidge Farm, Inc., 468 So.2d 985 (Fla.1985); Shelby Mutual Insurance Company v. Aetna Insurance Company, 246 So.2d 98 (Fla. 1971); Stuyvesant Corp. v. Waterhouse, 74 So.2d 554 (Fla.1954); Reichard v. Harrington & Co., Inc., 503 So.2d 463 (Fla. 3d DCA 1987); Rumsey v. Eastern Distribution, Inc., 445 So.2d 1085 (Fla. 1st DCA 1984); Section 440.11(1), Florida Statutes (1983); 1C A. Larson, Law of Workmen’s Compensation (1982), § 48.30.